# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **WANDA LENNOX,** | ) |
| Plaintiff, | ) |
| | ) C. A. No.: 1:20-cv-0026 |
| v. | ) |
| | ) Judge William L. Campbell Jr. |
| **CAPITAL ONE BANK, NA,** | ) |
| Defendant. | ) |

## AMENDED NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: October 8, 2020            By: */s/ Amy L. B. Ginsburg*
                                  Amy L. B. Ginsburg, Esquire
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Fax: (877) 788-2864
                                  Email: aginsburg@creditlaw.com

**CERTIFICATE OF SERVICE**

      I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the Clerk of Court and the following counsel of record via CM/ECF system:

Samuel Morris, Esq.
BURR & FORMAN LLP
222 Second Ave., Ste 2000
Nashville, TN 37201
Phone: (615) 724-3258
Fax: (615) 724-3358
smorris@burr.com

Dated: October 8, 2020        By: */s/ Amy L. B. Ginsburg*
      Amy L. B. Ginsburg, Esquire
      Kimmel & Silverman, P.C.
      30 E. Butler Pike
      Ambler, PA 19002
      Phone: (215) 540-8888
      Fax: (877) 788-2864
      Email: aginsburg@creditlaw.com