Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| WANDA LENNOX, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:20-cv-00026 |
| | § | |
| v. | § | |
| | § | |
| CAPITAL ONE BANK, U.S.A., N.A., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.


/s/ Samuel Aitken Morris with permission

Samuel Aitken Morris
Burr & Forman, LLP (Nashville Office)
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Phone: (615) 724-3258
Fax: (615) 724-3358
Email: smorris@burr.com
Attorney for the Defendant

Date: November 6, 2020

/s/ Amy L. Bennecoff Ginsburg

Amy L. Bennecoff Ginsburg Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: November 6, 2020

STIPULATION FOR DISMISSAL

**CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Samuel Aitken Morris
Burr & Forman, LLP (Nashville Office)
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Phone: (615) 724-3258
Fax: (615) 724-3358
Email: smorris@burr.com
Attorney for the Defendant

DATED: November 6, 2020          /s/ Amy L. Bennecoff Ginsburg
                                 Amy L. Bennecoff Ginsburg Esq.
                                 Kimmel & Silverman, P.C.
                                 30 East Butler Pike
                                 Ambler, PA 19002
                                 Tel: 215-540-8888
                                 Fax: 215-540-8817
                                 Email: teamkimmel@creditlaw.com
                                 Attorney for Plaintiff