IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| WANDA LENNOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:20-cv-00026 |
| | ) | |
| CAPITAL ONE BANK, U.S.A., N.A., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

### ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 20), indicating all claims in this case have been resolved, and this case should be dismissed. Accordingly, this case is **DISMISSED,** with prejudice. The trial scheduled for November 9, 2021, and the pretrial conference scheduled for November 1, 2021, are cancelled. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE